# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH MANNING,

    *Plaintiff*,

vs.

STATE OF NEVADA, *et al.*,

    *Defendants*.

Case No. 2:13-cv-01491-APG-NJK

**ORDER**

    This prisoner civil rights action comes before the Court following upon the filing of an amended complaint (Dkt. #4) and upon two miscellaneous motions (Dkt. ## 6 & 7) filed by plaintiff.

    Plaintiff has filed multiple meritless and frivolous actions in this Court. As a result, years ago, in No. 3:06-cv-00421-RCJ-VPC, the Court found plaintiff subject to the "three strikes" provisions of 28 U.S.C. § 1915(g). Under § 1915(g), a prisoner who has brought three or more frivolous or meritless actions may not proceed *in forma pauperis;* and he instead must pay the full filing fee in advance, unless he is under imminent danger of serious physical injury.

    The Court afforded plaintiff an opportunity to file an amended complaint presenting alleged facts tending to establish that he is under imminent danger of serious physical injury. In the amended complaint, plaintiff presents no nonconclusory allegations of actual fact tending to establish that he is under imminent danger of serious physical injury. He instead merely repeats the standard multiple times in formulaic fashion. His allegation that defendants "put . . . inmates in imminent danger of serious physical injury by violating inmates['] equal protection in their religious bliefs [sic] for same sex marriages and having sex with their owe [six] sex in private" fails to present a nonfrivolous allegation of imminent danger satisfying § 1915(g). Plaintiff has made similar conclusory and/or

1 frivolous allegations of imminent danger in multiple prior actions. *See, e.g.*, No. 3:06-cv-00561-PMP-RAM. The Court therefore has been called upon to caution plaintiff that if he continues to make frivolous, baseless and/or false allegations of imminent danger, he may be sanctioned. *See, e.g., id.*

Further proceedings in this matter would be a waste of limited resources. The allegation of imminent physical injury in this case is conclusory and frivolous. Moreover, plaintiff does not have the funds to pay the full filing fee; and he has not paid the filing fee in substantially similar cases after being afforded an opportunity to do so. *See, e.g.,* No. 2:12-cv-00174-JCM-CWH. Further proceedings herein thus would be futile. Plaintiff simply is continuing an established pattern of seeking to file vexatious and baseless legal proceedings despite having been long declared to be subject to the three-strikes rule of § 1915(g).

**IT THEREFORE IS ORDERED** that all pending motions in this matter are DENIED and that this action shall be DISMISSED without prejudice.

**IT FURTHER IS ORDERED** that plaintiff shall not use profanity such as in Dkt. #6 in another filing in this Court. If he does so, he will be sanctioned forthwith without further advance notice, potentially including, but not necessarily limited to, a referral to institutional authorities for consideration of possible disciplinary sanctions for major violation MJ48 for violating a court order.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED:   March 5, 2014.

_____
ANDREW P. GORDON
United States District Judge